IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 111-270 |
| | * | |
| LATRON REDOLOS WARE | * | |

O R D E R

Presently before the Court is Defendant Latron Redolos Ware's motion for reduction in sentence under 18 U.S.C. § 3582(c)(2) based upon the United States Sentencing Commission's *proposed* amendments to U.S.S.G. § 1B1.13.  Until the amendments become law, this Court cannot afford the relief he seeks.  Accordingly, the motion (doc. 429) is **TERMINATED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of August, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA